UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

STEVEN MATTES

            Plaintiff(s),

VS.                                                          2:00-CV-1090-JCM-LRL

PARK PLACE INC. ET AL

            Defendant(s),

**ORDER FOR DESTRUCTION OF EXHIBITS**

The Clerk's Office having given notice to counsel as prescribed by LR 79-1 and LCR 55-1 of the Local Rules of Practice of this Court, and counsel having failed to make arrangements to retrieve the exhibits in the allotted time, **IT IS HEREBY ORDERED** that the Clerk is authorized to destroy the exhibits previously admitted in this matter.

Dated: November 22, 2010

                                                    **U.S. DISTRICT JUDGE**